```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 22677
   RENEE M GROSS
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-7108


--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 12/03/2007 and was not confirmed.

   The case was dismissed without confirmation 02/27/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------
TARGET NATIONAL BANK     UNSEC W/INTER      635.81           .00            .00
PLAINS COMMERCE BANK     UNSEC W/INTER      565.60           .00            .00
CHASE HOME FINANCE LLC   CURRENT MORTG         .00           .00            .00
CHASE HOME FINANCE LLC   MORTGAGE ARRE      233.61           .00            .00
SAXON MORTGAGE SERVICES  CURRENT MORTG         .00           .00            .00
SAXON MORTGAGE SERVICES  SECURED NOT I   25623.31           .00            .00
NOVASTAR MORTGAGE        NOTICE ONLY    NOT FILED           .00            .00
BANK ONE                 UNSEC W/INTER  NOT FILED           .00            .00
CITIBANK USA             UNSEC W/INTER  NOT FILED           .00            .00
GEMB/WALMART             UNSEC W/INTER  NOT FILED           .00            .00
HSBC NV/GM CARD          UNSEC W/INTER  NOT FILED           .00            .00
DOLLIE I WARREN REED     DEBTOR ATTY          .00                          .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         ---------------        ---------------
TOTALS                        .00                     .00




             PAGE   1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 22677 RENEE M GROSS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                      /s/ Tom Vaughn

Dated: 05/23/08                         _____
                                                      TOM VAUGHN
                                                       CHAPTER 13 TRUSTEE